WILLIAM L. MARDER, ESQ. (CBN 170131)
PAXTON ♦ **O'BRIEN LLP**
Attorneys At Law
350 Fifth Street
Hollister, CA 95023
(831) 637-5521

Attorneys for Plaintiff Jose Jimenez,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE JIMENEZ.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY SHERIFF DAVID HACKMAN in his individual and official capacity, DEPUTY SHERIFF DAVID ZANDER in his individual and official capacity, SHERIFF CURTIS HILL, in his individual and official capacity, COUNTY OF SAN BENITO, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:   C04-05083 PVT<br><br>STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY TIME AND ORDER THEREON |

Defendants and plaintiff request an extension of the deadline for factual discovery to be completed from August 5, 2005 to September 16, 2005.

Defendants and plaintiffs request this extension due to scheduling conflicts and complicated legal issues applicable to the discovery in the case.  Because of these

1

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY TIME Case No.:   C04-05083 PVT

P:\PO LLP\Bill\Jimenez, Jose\Stipulation To Extend Discovery Time.doc

circumstances, the parties to this suit anticipate that they will be unable to meet the current deadlines for factual discovery to be completed.

This is the first request for an extension of time. The trial is set for November 14, 2005 and there is no request for a change in the trial date. Accordingly, the above referenced parties stipulate and respectfully request an extension of the fact discovery cutoff from August 5, 2005 to September 16, 2005.

SO STIPULATED.

Dated: 8/2/05                                         PAXTON ♦ O'BRIEN LLP

                                                      By ___/s/ William L. Marder___
                                                      William L. Marder
                                                              Attorneys for Plaintiff


Dated: 8/2/05                                         RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

                                                      By ___/s/ Michael C. Serverian___
                                                              Michael C. Serverian
                                                              Attorneys for Defendants

IT IS SO ORDERED


Dated: August 4, 2005                                 /s/ Patricia V. Trumbull
                                                      PATRICIA V. TRUMBULL
                                                      United States Magistrate Judge

---

2

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY TIME Case No.:   C04-05083 PVT

P:\PO LLP\Bill\Jimenez, Jose\Stipulation To Extend Discovery Time.doc