UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE JIMENEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN BENITO,<br><br>      Defendants. | No. CV-04-5083<br><br>**ORDER SCHEDULING BRIEFING AS TO MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

Having considered defense counsel's letter dated January 9, 2006, the court orders the following briefing schedule:

Defendant shall file its Motion for Leave to file a Motion for Reconsideration as to the court's January 5, 2006 Order Granting Attorney's Fees no later than January 30, 2006.

Plaintiff shall file any response no later than February 14, 2006, at which time Defendant's Motion for Leave to File a Motion for Reconsideration shall be deemed submitted.

Dated: 1/10/06

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge